[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Brown,* Slip Opinion No. 2017-Ohio-8370.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2017-OHIO-8370

THE STATE OF OHIO, APPELLEE, *v.* BROWN, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Brown,* Slip Opinion No. 2017-Ohio-8370.]**

*Certification of conflict dismissed as having been improvidently certified.*

(No. 2016-1652—Submitted June 21, 2017—Decided November 1, 2017.)

CERTIFIED by the Court of Appeals for Richland County,

No. 16CA15, 2016-Ohio-5893.

_____

{¶ 1} The certification of conflict is dismissed, sua sponte, as having been improvidently certified.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

_____

Michael DeWine, Attorney General, Eric E. Murphy, State Solicitor, and Michael J. Hendershot, Chief Deputy Solicitor; and Gary D. Bishop, Richland

County Prosecuting Attorney, and Jodie M. Schumacher, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant.

_____